FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2012 FEB 16 A 10: 45

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

BROADWOOD INVESTMENT FUND )
LLC, et al., )
 )
    Petitioners, )
 )
v. ) Misc. No. 1:12mc001-LO/TCB
 )
UNITED STATES OF AMERICA, ) (Related to 8:08cv295 (C.D. Cal.))
 )
    Respondent. )
 )

## RESPONDENT'S MOTION TO COMPEL LARRY J. AUSTIN TO PRODUCE DOCUMENTS

Pursuant to Federal Rule of Civil Procedure 45, Respondent United States of America, by and through undersigned counsel, hereby moves this court to compel third-party Larry J. Austin to produce documents and attend his duly noted deposition. The reasons for granting the motion are stated in the accompanying memorandum of law. As detailed in the Declaration of Michael P. Hatzimichalis, counsel for the United States certifies that pursuant to Local Civil Rule 37(E), we have made good faith efforts to confer with Larry J. Austin, Esq. and secure responses to the discovery request at issue without judicial intervention.

///

///

-2-

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: /s/ Bernard G. Kim (deh)
Bernard G. Kim
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3911 (direct)
(703) 299-3983 (fax)
bernard.kim@usdoj.gov


JOHN A. DICICCO
Principal Deputy Assistant Attorney General


Michael P. Hatzimichalis
U.S. Department of Justice, Tax Division
P.O. Box 683
Washington, D.C. 20044
(202) 353-1844 (direct)
(202) 307-0054 (fax)
michael.p.hatzimichalis@usdoj.gov

*Attorneys for the United States of America*

DATED: February 16, 2012

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2012, I will serve a true copy of the foregoing to plaintiff, by email and first-class mail, addressed to:

Larry J. Austin, Esq.
8901 Valley Forge Drive
Alexandria, Virginia 22309

Bernard Kim
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3911 (direct)
(703) 299-3983 (fax)
bernard.kim@usdoj.gov

*Attorney for the United States of America*